STEPHEN E. JENKINS, ESQ., SBN # 97642
LAW OFFICES OF
HEMAR, ROUSSO & HEALD, LLP
15910 Ventura Boulevard, 12th Floor
Encino, California 91436
Telephone: (818) 501-3800
Facsimile: (818) 501-2985

Refer to File Number: 3927/20072137-SEJ

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOENIX FUEL CORPORATION, a corporation; <br><br> Plaintiff, <br><br> SKY KING, INC., a Corporation; GREGG LUKENBILL, an individual; DOES 1-100, inclusive; <br><br> Defendants <br> _____ <br> SKY KING INC., a California Corporation; Gregg Lukenbill, a California Resident, <br><br> Cross-Complainants, <br><br> vs. <br><br> Phoenix Fuel Corporation, an Arizona Corporation; Phoenix Fuel Corporation, a Wyoming Corporation currently known as Sheridan Fuel Corporation; Phoenix Fuel LLC, an Arizona Limited Liability Company, Internal Revenue Service, a Division of the Department of Treasury of the United States of America, <br><br> Cross-Defendants. <br> _____ | **CASE NO. 2:07-cv-01523-MCE-KJM** <br><br> **STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE; ORDER THEREON** |

| | |
|---|---|
| 1 | Phoenix Fuel LLC, a Wyoming Limited Liability Company, ) ) |
| 2 | Counter-Claimant, ) ) ) |
| 3 | vs. ) ) |
| 4 | SKY KING, INC., a California Corporation; GREG LUKENBILL, a California Resident, ) ) ) |
| 5 | ) |
| 6 | Counter-Defendants. ) ) |

8   Plaintiff and Cross-Defendant PHOENIX FUEL CORPORATION, Defendants,

9  Counter Defendants, and Cross Complainants SKY KING INC., a California Corporation and

10  GREGG LUKENBILL, and Counter-Complainant, and Cross-Defendant PHOENIX FUEL, LLC

11  each hereby Stipulate that the entire Action, including all Complaints, Cross Complaints, and

12  Counter Complaints be Dismissed in their entirety without Prejudice.

DATED:                           HEMAR, ROUSSO & HEALD, LLP

By: */s/ Stephen E. Jenkins*
    STEPHEN E. JENKINS, ESQ.
    Attorneys for Plaintiff and Cross-Defendant
    PHOENIX FUEL CORPORATION and Counter-
    Complainant, and Cross-Defendant PHOENIX FUEL,
    LLC

DATED:                           EASON & TAMBORNINI

By:_____
    Matthew R. Eason, Esq.
    Attorneys for Defendants, Counter Defendants, and
    Cross Complainants SKY KING INC., a California
    Corporation and GREGG LUKENBILL

1 **ORDER**

2  Good cause having been shown, the entire Action, including all Complaints, Cross Complaints,

3  and Counter Complaints is Ordered Dismissed without Prejudice.

4

5  DATED:  December 4, 2007

6  _____

7  MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE; ORDER THEREON

## PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          )
COUNTY OF LOS ANGELES     )

    I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action or proceeding. I am employed by the law firm of Hemar, Rousso & Heald, LLP, located at 15910 Ventura Blvd., 12th Floor, Encino, CA 91436, Telephone: (818) 501-3800.

    On November ____, 2007, I served the foregoing document described as **STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE; ORDER THEREON** on the interested parties in said action, as follows:

☒    (By Mail) I caused such envelope with postage thereon, fully prepaid, to be placed in the United States mail. Executed on November ____ 2007, at Encino, California.

☒    (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐    (Federal) I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

                              Nellie C. Gomez